RECEIVED
APR - 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTHONY J. FONTENOT, JR. <br> D.O.C. # 333968 | : | DOCKET NO. 16-cv-582 <br> SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| STATE OF LOUISIANA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 15) of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, noting the absence of objections in the record, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by 28 U.S.C. § 2244(d)(1)(A).

THUS DONE AND SIGNED in Alexandria, Louisiana on this 5th day of April, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE